In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00031-CV**

_____

**IN THE INTEREST OF S.O.G.T., A CHILD**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-07-11317-CV**

**MEMORANDUM OPINION**

Miranda Taylor, Appellant, filed a motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal.[1] *See* Tex. R. App. P. 43.2(f).

---

[1] A related original proceeding for a writ of mandamus, which the Clerk of the Court docketed as No. 09-25-00029-CV, *In re Miranda Taylor*, remains before the Court.

1

APPEAL DISMSSED.

PER CURIAM

Submitted on February 19, 2025
Opinion Delivered February 20, 2025

Before Johnson, Wright and Chambers, JJ.